JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIK TAYLOR,<br>        Plaintiff,<br><br>    v.<br><br>VICTOR LEMUS and JOAQUIN RINCON,<br>        Defendants. | Case No. CV 11-9614 FMO (SSx)<br><br>**FINAL JUDGMENT AFTER JURY TRIAL** |

    This action was tried by a jury in Courtroom 22 of the United States District Court for the Central District of California, the Honorable Fernando M. Olguin, United States District Judge presiding. Plaintiff Erik Taylor appeared by attorneys Kenneth K. Lee, Jeffrey A. Atteberry, and Alexander M. Smith. Defendants Victor Lemus and Joaquin Rincon appeared by attorneys Andrew C. Pongracz and Ashlee P. Clark. Trial commenced on June 29, 2015, and the jury returned a verdict on July 1, 2015.

    As to plaintiff Erik Taylor's Fourth Amendment claim of excessive force, brought under 42 U.S.C. § 1983, the jury rendered a verdict finding that defendants Victor Lemus and Joaquin Rincon did not use excessive force.

    As to plaintiff Erik Taylor's Fourteenth Amendment claim of causing plaintiff's prosecution by fraud, perjury, fabricated evidence, or wrongful conduct undertaken in bad faith, brought under 42 U.S.C. § 1983, the jury rendered a verdict finding that defendants Victor Lemus and Joaquin

Rincon did not cause plaintiff's prosecution by fraud, perjury, fabricated evidence, or other wrongful conduct undertaken in bad faith.

Therefore, IT IS HEREBY ORDERED as follows:

1. That final judgment, pursuant to Federal Rule of Civil Procedure 54, be entered in favor of defendants Victor Lemus and Joaquin Rincon on plaintiff's Fourth Amendment claim for excessive force and plaintiff's Fourteenth Amendment claim for causing his prosecution on the basis of fabricated evidence;

2. That the parties shall bear their own fees and costs of suit.

Dated this 2nd day of July, 2015.

                                                /s/
                                Fernando M. Olguin
                              United States District Judge